AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA **WARRANT FOR ARREST**

v.

Case Number: 08-—MJ-444(DRH)

AKIL S. JACKSON.

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __AKIL S. JACKSON__
Name
and bring him forthwith to the nearest magistrate to answer an

☐ Indictment ☐ Information ☒ **Complaint** ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Notice

charging him with (brief description of offense)

**CARRYING A FIREARM IN FURTHERANCE OF AND IN RELATION TO A FEDERAL NARCOTIC OFFENSE AND POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA**

in violation of __Title 18 United States Code 924 (c)(1)(A) and Title 21 United States Code 841(a)(1)__

**DAVID R. HOMER**
Name of Issuing Officer

*David R. Homer* (signature)

Signature of Issuing Officer

**William J. Mayo, ATF Special Agent**
Name/Agency of Officer Seeking Warrant

**United States Magistrate Judge**
Title of Issuing Officer

Albany, New York
Date and Location

Carlos A. Moreno, AUSA
Name of Assistant U.S. Attorney Seeking Warrant

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO 91 (Rev. 5/85) Criminal Complaint

COPY

**United States District Court**

U.S. DISTRICT COURT
N.D. OF N.Y.
**ORIGINAL FILED**

**NORTHERN** DISTRICT OF **NEW YORK**

OCT 0 8 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES OF AMERICA**

v.

**AKIL S. JACKSON,**
**Defendant**

**CRIMINAL COMPLAINT**

Case Number: 08-M-444 (DRH)

I, WILLIAM J. MAYO, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 18, 2008, in the State and Northern District of New York, the defendant, AKIL S. JACKSON, knowingly carried a firearm in furtherance of and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a violation of Title 18, United States Code, Section 924(c)(1)(A), and possession with intent to distribute marijuana, a Schedule I controlled substance, a violation of Title 21, United States Code, Section 841(a)(1),

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:    ☒ YES    NO

William J. Mayo, Special Agent
ATF
Signature of Complaint

Sworn to before me, and subscribed in my presence,

October 8, 2008
Date

at   Albany, NY
City and State

DAVID R. HOMER, United Stated Magistrate Judge      Name and
Title of Judicial Office

Signature of Judicial Officer

## AFFIDAVIT

**WILLIAM J. MAYO**, being duly sworn, deposes and says:

1. I am commissioned as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, (ATF) and have been so employed for seventeen years. I am a graduate of the Federal Law Enforcement Training Center, successfully completing the ATF New Professional Training Program, the Federal Law Enforcement Training Center's Criminal Investigator School. My training as an ATF Special Agent consisted of course-work which included classes in the identification of firearms and firearms trafficking, arson and explosives investigation, as well as legal studies including Title I and II of the Gun Control Acts, National Firearms Act, Search and Seizure, and Constitutional Law.

2. I am informed by Rensselaer County Sheriff Department Investigator William Webster that on August 18, 2008, members of the Rensselaer County Sheriff's Office were notified by an AMTRAK employee that an individual, later identified as the Defendant **AKIL S. JACKSON**, had asked the maintenance worker to place his bag aside as he was afraid that a law enforcement K-9 would detect the contents.

3. A Rensselaer County Sheriff's Office K-9 Unit responded and the canine alerted towards **JACKSON**, who had a travel bag next to him. As law enforcement officers were speaking to **JACKSON**, they detected an odor consistent with marijuana emanating from **JACKSON** and/or the travel bag next to him.

4. A search of **JACKSON'S** travel bag, resulted in the discovery of a loaded Bryco Arms, Model Jennings, 9mm pistol, bearing serial number 1405826, in addition to a plastic bag containing approximately four ounces of a green leafy substance which had the physical characteristics and odor of marijuana, and which subsequently field tested positive for the presence of marijuana, a Schedule I controlled substance.

5. The above-mentioned loaded Bryco Arms, Model Jennings, 9mm pistol was reported stolen to the Lenoir County Sheriff's Office in Kingston, North Carolina on March 9, 2004.

Based upon the foregoing, I believe there is probable cause to believe that **AKIL S. JACKSON** has violated 18 U.S.C. 924(c)(1)(A) and 21, U.S.C. 841(a)(1), in that he possessed a firearm in furtherance of and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana.

*William J. Mayo*
**WILLIAM J. MAYO**
Special Agent, ATF

Sworn to before me
This 8th day of October, 2008

*David R. Homer*
**DAVID R. HOMER**
United States Magistrate Judge
Albany, New York

# New York State ARREST REPORT

| Field | Value |
|---|---|
| 1. NYSID No | |
| 2. OBTS No. | |
| 3. Case No | 08-72999 |
| 4. Ref No. | |
| 5. FBI No. | |
| 6. Arrest No | |
| 7. Agency | RCSO |
| 8. Division/Precinct | HP 15 |

## Defendant Information

- **9. Name (Last, First, Middle):** JACKSON, AKIL SEYOUM
- **10. Alias / Nickname / Maiden Name:** NONE
- **11. Phone Number:** 404-593-1723
- **12. Street Number and Name:** 4715 JANICE DR
- **13. City, State, Zip:** COLLEGE PARK GA 30071
- **14. Residence Status:** Resident
- **15. Place of Birth:** BOSTON MA
- **16. Date of Birth:** 04/04/80
- **17. Age:** 28
- **18. Sex:** M
- **19. Race:** Black
- **20. Ethnic:** Non Hispanic
- **21. Skin:** Light
- **22. Height:** 5 ft 11 in
- **23. Weight:** 172
- **24. Hair:** BRO
- **25. Eyes:** BRO
- **26. Glasses:** Contacts
- **27. Build:** Med
- **28. Marital Status:** Single
- **29. U.S. Citizen:** Yes
- **30. Citizen of:** USA
- **31. Social Security No:** 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
- **32. Education:** 14
- **33. Religion:** BAPT
- **34. Occupation:** COOK
- **35. Employed:** Yes
- **36. Scars / Marks / Tattoos:** RT ARM PRAYING HANDS

## Arrest Information

- **37. Arresting Officer:** BLODGETT
- **38. ID No:** 2066
- **39. Assisting Officer:** PANICHI
- **40. ID No:** 2035
- **41. Arrest Date:** 08/14/08
- **42. Time:** 
- **43. Location of Arrest:** AMTRAK STATION EAST ST, RENSS
- **44. Juvenile:** No
- **45. Condition of Defendant At Arrest:** App Normal
- **46. Weapon(s) at Arrest:** 9mm
- **48. Miranda:** Yes
- **49. Miranda by:** PANICHI
- **50. Miranda Date:** 08/14/08
- **51. Miranda Time:** 13:23
- **52. Statements:** Verbal
- **53. Status:** Probation
- **54. Search Warrant:** No
- **55. ID Procedure:** None
- **56. Arraignment Court:** RENSSELAER CITY
- **58. Date:** 08/14/08
- **61. Evidence:** Yes
- **67. Arrest Type:** CIF, COMP
- **69. Arrest FOA:** No
- **71. F/P Taken:** Yes
- **72. Location of Offense:** RENSSELAER COUNTY, NY State
- **73. Offense Date:** 08/14/08
- **74. No. Offenders:** 1

## Charge Information

| 83. Law | Section | Sub | UF | OL | CAT | DEG | ATT | Name of Offense | CTS | NCIC Code | Victim | Assoc | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL | 265.03 | 1b | | C | FEL | 2 | C | CPW-2nd LOADED FIREARM | 1 | | | | |
| PL | 221.15 | - | | A | MISD | 4 | C | C.Rim. Poss. Marijuana | 1 | | | | |

## Associated Persons Information

| Type | Name (Last, First, Middle) | Other Number | Other | City/State/Zip | Phone Number |
|---|---|---|---|---|---|
| RE | LOPEZ, ANTHONY | SA 2035 12+17 | | SA 13 | 404-488-1101 |

## Narrative

85. Defendant arrested at the van. Jackson after K-9 alerted on same. Def. processed at PSB. Arraigned by Judge Robichard.

- **86. Arresting Officer's Signature:** (signed) BLOD
- **87. ID No:** 2066
- **88. Supervisor's Signature:** (signed)
- **89. ID No:** 2035
- **90. Arrest Made As A Result Of a SAFIS Latent Print Identification?:** No

# New York State ARREST REPORT

| Field | Value |
|---|---|
| 1. NYSID No. | |
| 2. OBTS No. | |
| 3. Case No. | 08-72999 |
| 4. Ref No. | |
| 5. FBI No. | |
| 6. Arrest No. | #23091 |
| 7. Agency | RCSO |
| 8. Division/Precinct | HP 15 |
| 9. Name (Last, First, Middle) | JACKSON, AKIL SEYOUM |
| 10. Alias / Nickname / Maiden Name | NONE |
| 11. Phone Number | 404-593-1723 |
| 12. Street Number and Name | 4715 JANICE DR |
| 13. City, State, Zip | COLLEGE PARK GA 30337 |
| 14. Residence Status | Resident |
| 15. Place of Birth | BOSTON MA |
| 16. Date of Birth | 04/04/80 |
| 17. Age | 28 |
| 18. Sex | M |
| 19. Race | Black |
| 20. Ethnic | Non Hispanic |
| 21. Skin | Light / Medium |
| 22. Height | 5'11" |
| 23. Weight | 172 |
| 24. Hair | BRO |
| 25. Eyes | BRO |
| 26. Glasses | Contacts |
| 27. Build | Med |
| 28. Marital Status | Single |
| 29. U.S. Citizen | Yes |
| 30. Citizen of | USA |
| 31. Social Security No. | 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 |
| 32. Education | 14 |
| 33. Religion | BAPT |
| 34. Occupation | COOK |
| 35. Employed | Yes |
| 36. Scars / Marks / Tattoos | RT ARM PRAYING HANDS |
| 37. Arresting Officer | BLODGETT |
| 38. ID No. | 2066 |
| 39. Assisting Officer | PANICHI |
| 40. ID No. | 2035 |
| 41. Arrest Date | 08/04/08 |
| 42. Time | 1258 |
| 43. Location of Arrest | AMTRAK STATION EAST ST. RENSS |
| 44. Juvenile | No |
| 45. Condition of Defendant At Arrest | App Normal |
| 46. Weapon(s) at Arrest | 9mm |
| 48. Miranda | Yes |
| 49. Miranda by | PANICHI |
| 50. Miranda Date | 08/04/08 |
| 51. Miranda Time | 13:23 |
| 52. Statements | Verbal |
| 53. Status | Bail/ROR |
| 54. Search Warrant | No |
| 55. ID Procedure | None |
| 56. Arraignment Court | RENSSELAER CITY |
| 57. Arraignment Judge | Ro'j. chord |
| 58. Date | 08/04/08 |
| 59. Time | 1500 |
| 60. Property | Yes |
| 61. Evidence | Yes |
| 61a. Processed by | 266 P |
| 61b. Disposition | EVIDENCE |
| 62. Incident No. | 08-72958 |
| 63. Arrestee Status | Held |
| 64. Bail Amount | NO BAIL |
| 65. Bondsman | N/A |
| 67. Arrest Type | CIP |
| 71. F/P Taken | Yes |
| 72. Location of Offense | RENSSELAER County NY State |
| 73. Offense Date | 08/04/08 |
| 74. No. Offenders | 1 |
| 76. Return Court | Rens |
| 77. Return Judge | Preston |
| 78. Return Date | 20/20/08 |
| 79. Time | 0500 |

## Charge Information

| 83. Law Article & Section | SUB | CL | CAT | DEG | ATT | Name of Offense | CTS | NCIC CODE |
|---|---|---|---|---|---|---|---|---|
| PL 265.03 | 1b | C | FE | 2 | C | CPW - 2ND (LOADED) FIREARM | 1 | 5212 |
| PL 221.15 | - | A | MSD | 4 | C | CRIM POSS. MARIHUANA 4TH | 1 | 3562 |
| PL 165.45 | 4 | A | FEL | 4 | C | CRIM POSS STOL PROP | 1 | 2804 |

## Associated Persons

| 84. Person Type | Name | Street | City, State, Zip | Phone |
|---|---|---|---|---|
| RE | LOPEZ, ANTHONY | SA# 12+13 | SA# 13 | 404-488-1101 |

## Narrative

85. DEFENDANT ARRESTED for ABOVE CHARGES AFTER A K-9 ALERT ON DEF LUGGAGE. DEFENDANT PROCESSED AT PSB. ARRAIGNED IN RENSSELAER CITY COURT AND REMANDED TO RCJ NO BAIL.

86. Arresting Officer's Signature / 87. ID No. 2066
88. Supervisor's Signature / 89. ID No. 2024
92. 7035

Rensselaer County Sheriff Department
K-9 Utilization Report

Handler: S. Blodgett   Canine: Bleau   Incident # 08-72999   Date: 8/14/08

Location: Amtrak Train Station   Zone: 15

Time Reported: ____   Dispatched: ____   Arrived: 1225   Cleared: 1700

Incident Type: (Burglary, Lost Person etc.) DRUG FIND

Utilization Type:
  Search; [ ] Area  [ ] Building  [X] Narcotic  [ ] Training
  [ ] Tracking  [ ] Protection  [ ] Crowd Control  [ ] Court Security  [ ] Demonstration
  [ ] Other, ____

Related Information:
  [ ] Canine Arrest    [ ] Canine Assist    [X] Canine Find    [ ] Other Agency: ____

Contributing Factors:
  Weather Conditions: ____   Temperature: ____   Surface Type: ____
  Approx. Search Area / Distance: ____   Vehicle Type: ____
  Building Type: ____   Reg. # ____

Arrest Information:
Subject #1  Jackson Akil S                                              BLM
              Name                                          DOB         Sex

Charges CPW 2ND, CPM, CPSP

Subject #2 ____
              Name                                          DOB         Sex

Charges ____

Narrative: While patrolling Amtrak Train Station K-9 Bleau showed strong interest in S-1 bags. S-1 sitting outside train station on wall. K-9 Bleau pulling to in direction of S-1. S-1 had 4 oz's of marijuana and a 9mm hand gun.

Submitting Officer  S.M. Blodgett

# #23091

## RENSSELAER COUNTY SHERIFF's DEPARTMENT

SUPPORTING DEPOSITION GENERAL   (CPL 100.20)        Incident # 08 - 72999

STATE OF NEW YORK :                                  COUNTY OF RENSSELAER

City COURT                                           City OF Rensselaer

| The People of the State of New York |
| --- |
| - VS - |
| Jackson, Akil S. |

SUPPORTING DEPOSITION

GENERAL

I, Deputy S. Blodgett, (stationed / residing) at Rensselaer County Sheriff office, by this supporting deposition, make the following allegations of fact in connection with an accusatory instrument filed, or to be filed, with this court against the above named defendant(s):

On 8/14/08 at approximately 1215pm I recieved information that a male subject at the train station attempted to leave a back pack with a female maintenance worker at the Rensselaer Train Station. He was waiting for a 1:05 pm train. The maintenance worker advised me that he told her he had stuff in his bag and did not want the drug dog to get it. Myself and Deputy J. Panichi responded to the train station.

A black male sitting outside the station matched the description given to me. As we were walking toward the male K-9 Beau started pulling aggressively towards the male. I could smell marijuana in the area of the subject. The male identified himself as Akil S. Jackson stated he had no problem with me looking thru his two bags. The male subject kept trying to move things around in a

The foregoing factual allegations are based upon personal knowledge of the complainant (and or upon information and belief, the sources of the complainants information and belief being, _Personal knowledge of deponent_
Direct Knowledge

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

Affirmed under penalty of perjury this

14th day of August 200 8

_(Signature of Deponent)_

Page 1 of 2

# #23091

## RENSSELAER COUNTY SHERIFF'S OFFICE

Supporting Deposition General (CPL 100.20)    Incident # 08 - 72959

State of New York                County of Rensselaer
City Court                       City of Rensselaer

| The People of the State of New York | SUPPORTING DEPOSITION |
|---|---|
| - VS - Jackson, Akil S. | GENERAL |

CONTINUATION OF SUPPORTING DEPOSITION OF Dep. S. Blodgett,
by this supporting deposition, make the following allegations of fact in connection with an accusatory instrument filed, or to be filed, with this court against the above named defendant(s):

Blue Back Pack. I Asked him again if I could look thru it he stated No problem there's nothing in it. I then asked him to take his hand out of the bag and Deputy Panichi assisted his hand out of the bag. At that time I saw a hand gun and advised Deputy Panichi. We immediately put Mr. Jackson in handcuffs securing him on the ground. A continued search of the back pack turned up a baggie with approx 4 oz's of marihuana.

The foregoing factual allegations are based upon personal knowledge of the complainant (and or upon information and belief, the sources of the complainants information and belief being, Direct Knowledge

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

Affirmed under penalty of perjury this
14th day of August 2008.

(Signature of Deponent)

Page 2 of 2

#23091

# RENSSELAER COUNTY SHERIFF'S OFFICE

Supporting Deposition General (CPL 100.20)   Incident # 08-72999

State of New York                                         County of Rensselaer
__City__ Court                                            __City__ of __Rensselaer__

| The People of the State of New York | SUPPORTING DEPOSITION |
|---|---|
| - VS - | GENERAL |
| Jackson, Akil S  (04-04-80) | |

I __Deputy JR Panichi__, (stationed / ~~residing~~) at __4000 Main St Troy NY 12180__, by this supporting deposition, make the following allegations of fact in connection with an accusatory instrument filed, or to be filed, with this court against the above named defendant(s):

On Thursday Aug. 14, 2008 at around 1215pm I was assisting Deputy Blodgett (4240) on a traffic stop. During this stop Deputy Blodgett received a phone call of a suspicious person/activity at the Rensselaer Amtrak Station. We cleared the stop and Deputy Blodgett asked me to assist her at the train station. When we arrived Deputy Blodgett gave me the description of the subject. She said he was a light skin, black male wearing a large gold necklace.

A male subject matching this description was sitting outside of the station. As Deputy Blodgett and I walked towards this male subject. Dep. Blodgetts K-9 Bleau began to pull towards him. As we approached an odor of marijuana was in the area of this subject. Dep. Blodgett asked the subject if he had any I.D. He said yes and pulled out a Georgia drivers license. Dep. Blodgett asked if he had anything illegal on his person or in his two bags. The subject now known to us as Akil S Jackson stated that he had nothing illegal. Dep. Blodgett asked for Mr Jacksons consent

The foregoing factual allegations are based upon personal knowledge of the complainant (and or upon information and belief, the sources of the complainants information and belief being, Personal knowledge of deponent_____

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

Affirmed under penalty of perjury this

__14__ day of __August__ 200__8__.

__[signature] #2035__                                    Page 1 of 2
Signature of Deponent

#23091

## RENSSELAER COUNTY SHERIFF'S OFFICE

Supporting Deposition General (CPL 100.20)　　　　Incident # 08-72999

State of New York　　　　　　　　　　　　　　　County of Rensselaer
City Court　　　　　　　　　　　　　　　　　　　City of Rensselaer

| The People of the State of New York | SUPPORTING DEPOSITION |
|---|---|
| - VS - | GENERAL |
| JACKSON, AKIL S (04-04-80) | |

CONTINUATION OF SUPPORTING DEPOSITION OF DEPUTY JR PANICHI, by this supporting deposition, make the following allegations of fact in connection with an accusatory instrument filed, or to be filed, with this court against the above named defendant(s):

TO SEARCH HIS TWO BAGS. MR JACKSON SAID SURE WHY NOT THERES NOTHING IN THERE THATS NOT LEGAL. DEP. BLODGETT BEGAN TO LOOK THRU A BLUE DUFFLE BAG MR JACKSON PUT HIS HANDS IN THE BAG TRYING TO MOVE THINGS AROUND. AT THAT POINT I GRABBED HIS HANDS A PULLED THEM OUT OF THE BAG. THIS WAS DONE FOR OFFICER SAFETY. AFTER SEARCHING THE FIRST BAG DEP. BLODGETT WENT FOR A SECOND BLUE BAG, MR JACKSON TENSED UP. DEP. BLODGETT STATED THERES A GUN IN THE BAG. DEPUTY BLODGETT AND I TOOK MR JACKSON INTO CUSTODY.

The foregoing factual allegations are based upon personal knowledge of the complainant (and or upon information and belief, the sources of the complainants information and belief being, PERSONAL KNOWLEDGE OF DEPONENT.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

Affirmed under penalty of perjury this
14 day of August 2008.

_____ #2035
(signature of Deponent)

Page 2 of 2

# NARRATIVE SUPPLEMENT

**INCIDENT NUMBER:** 08-72999
**INCIDENT DATE / TIME:** 8/14/2008  1222

**Narrative Type:** Investigative Supplement             **Topic:** 08-72999

ON 8/14/2008 AT 13:50 HOURS, REPORTING INVESTIGATOR PERFORMED GINQ FOR RECOVERED FIREARM, BRYCO ARMS,MODEL JENNINGS NINE,9MM SEMI-AUTOMATIC PISTOL,SERIAL# 1405826. THE FIREARM HAD A POSITIVE HIT RESPONSE FROM NCIC. REPORTING INVESTIGATOR MADE A COMPARISON OF THE HIT AND FIREARM. THE HIT WAS FROM LENOIR COUNTY SHERIFF'S OFFICE,KINSTON,NORTH CAROLINA. THE FIREARM WAS REPORTED STOLEN ON 3/9/2004. 14:25 HOURS, REPORTING INVESTIGATOR MADE TELEPHONE CONTACT AT # 252-559-6111,LENOIR COUNTY SHERIFF'S OFFICE DETECTIVE SMITH. SHE STATES THE FIREARM MATCHES A DESCRIPTION OF THEIR STOLEN FIREARM REPORT #200402989, FROM 3/9/2004. REPORTING INVESTIGATOR CONFIRMED THE FIREARM AS BEING THE STOLEN RECORD,UPON RECEIPT OF THE REPORT COPY. GGUN REQUEST WAS FORWARDED TO THE GUN CLEARINGHOUSE VIA NYSPIN. REPORTING INVESTIGATOR MADE CONTACT WITH ATF AGENT WILLIAM MAYO AND PROVIDED THE CASE INFORMATION. GLOC MESSAGE WAS SENT VIA NYSPIN TO LENOIR COUNTY SHERIFF'S OFFICE. INVESTIGATION TO CONTINUE.

COPY

Narrative Reporting Officer: WEBSTER, WILLIAM J
Reporting Officer: BLODGETT, SANDRA M
Narrative Date/Time: 08/14/2008   1117

# NARRATIVE SUPPLEMENT

INCIDENT NUMBER: 08-72999
INCIDENT DATE / TIME: 8/14/2008  1222

**Narrative Type:** Investigative Supplement          **Topic:** 08-72999

ON 8/16/2008 AT 07:29 HOURS, REPORTING INVESTIGATOR WAS AT THE BRUNSWICK SPORTSMAN CLUB RANGE TO PERFORM A FUNCTION / TEST FIRE ON RECOVERED STOLEN FIREARM, BRYCO ARMS, MODEL JENNINGS NINE, 9MM SEMI-AUTOMATIC PISTOL, SERIAL #1405826. THE FIREARM PASSED A FUNCTION TEST AND (2) ROUNDS OF AMMUNITION WERE TEST FIRED SUCCESSFULLY. A COPY OF THE EVIDENCE TARGET AND SHELL CASINGS SUBMITTED FOR EVIDENCE. NO FURTHER ACTIONS.

**COPY**

Narrative Reporting Officer:  WEBSTER, WILLIAM J
Reporting Officer:            BLODGETT, SANDRA M
Narrative Date/Time:          08/16/2008   1116